IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) 25-MJ-190 |
| KEONTE WILSON, | ) |
| | ) Judge Faruqui |
| Defendant. | ) |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW Keonte Wilson, through counsel, and respectfully requests a continuance of the preliminary hearing in this matter. As reasons therefor defendant states as follows:

1. Mr. Wilson has a preliminary hearing scheduled for Friday, October 3, 2025.

2. The parties are currently in negotiation regarding a pre-preliminary hearing plea offer. The offer will expire if the defense proceeds with a preliminary hearing.

3. Accordingly, the parties are requesting a one-week continuance to determine how the matter will proceed. The defense will be tolling the time between October 3 to October 10, 2025.

4.  Undersigned counsel has been in contact with AUSA Tom Saunders, who does not oppose the motion. The parties are jointly requesting a one-week continuance, and the preliminary hearing date to be set for October 10, 2025. The parties expect that a plea or the preliminary hearing will occur on that date.

WHEREFORE defendant prays that this court will continue the preliminary hearing in this matter to October 10, 2025.

                        Respectfully submitted,

                        Keonte Wilson
                        By Counsel

                        /s/ John L. Machado
                        John L. Machado, Esq.
                        Bar No. 449961
                        Counsel for Keonte Wilson
                        503 D Street, N.W., Suite 310
                        Washington, DC 20001
                        Telephone: (703) 989-0840
                        E-mail: johnlmachado@gmail.com

**Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on this 1st day of October, 2025, which will send a notification of such filing (NEF) to the following to all counsel of record.

    /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Keonte Wilson
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com